UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAHMOOD YOONESSI, | ) |
| Plaintiff, | ) No. CV15-9329 SVW (AJW) |
| v. | ) |
| ANDRE KHANSARI, et al., | ) J U D G M E N T |
| Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: September 9, 2016

_____
STEPHEN V. WILSON
United States District Judge